SILAS E. KINGSLEY, Respondent, *v.* SILVER'S LUNCH STORES, INC., Appellant.

(Argued October 2, 1931; decided October 20, 1931.)

*I. Maurice Wormser, Gustav Nadel* and *Henry M. Flateau* for appellant.

*Bernard Hershkopf* and *Isidor J. Kresel* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.